IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS LEE BOWERSOCK, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-21-848-F |
| | ) |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Plaintiff Dennis Lee Bowersock, Jr., commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983. On January 3, 2022, United States Magistrate Judge Amanda Maxfield Green issued a Report and Recommendation (doc. no. 11), recommending the court dismiss the action without prejudice to refiling for the plaintiff's failure to pay the initial partial filing fee of $128.99 as ordered. Magistrate Judge Green advised the plaintiff of his right to file an objection to the Report and Recommendation by January 24, 2022.

On January 21, 2022, the court entered an order (doc. no. 13) extending the time for the plaintiff to file an objection to the Report and Recommendation until February 11, 2022. The court advised plaintiff that the failure to make a timely objection to the Report and Recommendation waives the right to appellate review of both the factual and legal questions therein contained.

Plaintiff has neither filed an objection to the Report and Recommendation nor sought another extension of time to file one. Consequently, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (doc. no. 11) issued by United States Magistrate Judge Amanda Maxfield Green on January 3, 2022 is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. The above-entitled action is **DISMISSED WITHOUT PREJUDICE** to refiling, pursuant to Rule 41(b), Fed. R. Civ. P., for failure to pay the initial partial filing fee as ordered by the court.

IT IS SO ORDERED this 28th day of February, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0848p002.docx